BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ELLIOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLES EDWARD ELLIOTT, JR., ) <br> ) <br> Defendant. ) <br> _____) | No. CR-06-00655-JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |

Defendant, Charles Elliott, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Shawna Yen, stipulate and agree to continue the status hearing date of January 8, 2007 to March 5, 2007 at 1:30 p.m.

On October 19, 2006, Mr. Elliott was arraigned on a one-count Indictment charging him with abusive sexual contact on federal property.  The parties request to continue this case because counsel for the government has informed defense counsel that additional discovery may be produced regarding the defendant's request for additional information regarding the federal jurisdiction for the charge in this case.  Additionally, defense counsel and her investigator are still investigating this case attempting to locate witnesses for conduct that allegedly occurred over three years ago.  For these reasons, the parties stipulate and agree that this case needs to be continued until March 5, 2006.

The parties further stipulate and agree that time should continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance requested outweigh the best interest of the defendant and the public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Elliott the time necessary for effective preparation.

January 4, 2007                                             _____/S/_____
                                                                          ANGELA M. HANSEN
                                                                          Assistant Federal Public Defender


January 4, 2007                                             _____/S/_____
                                                                          SHAWNA YEN
                                                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> CHARLES EDWARD ELLIOTT, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-06-00655-JW <br><br> [~~PROPOSED~~] **ORDER TO CONTINUE STATUS HEARING** |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of January 8, 2007 is continued until March 5, 2007 at 1:30 p.m.  It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: January 5, 2007

_____
HONORABLE JAMES WARE
United States District Judge

3

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Ms. Shawna Yen
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26