SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 06-00655 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
|  | ) | [PROPOSED] ORDER REVISING DATE |
| v. | ) | FOR FINAL PRETRIAL CONFERENCE |
|  | ) |  |
| CHARLES EDWARD ELLIOTT, JR., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Defendant and the government, through their respective counsel, hereby stipulate that the date for the final pretrial conference in this case, which is currently scheduled for Monday, June 25, 2007 at 1:30 p.m., be rescheduled for Monday, July 23, 2007 at 1:30 p.m..

//

//

//

//

//

//

//

1  The reason for this change is that the parties are currently discussing a potential
2  disposition of the case. The parties anticipate that on July 23, 2007, the parties will either
3  proceed with a change of plea hearing or with the final pretrial conference.

Dated: 6/15/07                                              _____/S/_____
                                                            SHAWNA YEN
                                                            Assistant U.S. Attorney

Dated: 6/15/07                                              _____/S/_____
                                                            JAY RORTY
                                                            Assistant Federal Public Defender

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5054
  Facsimile:  (408) 535-5066
  Email:   shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00655 JW |
|     Plaintiff, ) | [PROPOSED] ORDER REVISING DATE FOR FINAL PRETRIAL CONFERENCE |
|     v. ) | |
| CHARLES EDWARD ELLIOTT, JR., ) | |
|     Defendant. ) | |

    Based on the stipulation of the parties, and good cause appearing, the Court hereby order that the date for the final pretrial conference in this case be moved from June 25, 2007 at 1:30 p.m. to July 23, 2007 at 1:30 p.m.

    IT IS SO ORDERED.

Dated:  June 19 2007

                                                       JAMES WARE
                                                       United States District Judge

1  Copies to be served on:

2  SHAWNA YEN
Assistant U.S. Attorney
3  150 Almaden Boulevard, Suite 900
San Jose, CA 95113
4
JAY RORTY
5  Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28